UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
HODOSH, LYON & HAMMER, LTD.,       )
                                   )
        Plaintiff,                 )
                                   )
   v.                              )   C.A. No. 15-316 S
                                   )
BARRACUDA NETWORKS, INC., alias,   )
BARRACUDA BACKUP SERVICE, alias,   )
                                   )
        Defendants.                )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On January 4, 2016, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 13) recommending that Defendant Barracuda Networks, Inc.'s Motion to Transfer (ECF No. 4) be denied.  No objections to the R&R were filed, and the time for doing so has passed.  Because this Court agrees with Magistrate Judge Sullivan's analysis, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1).  The R&R is ADOPTED and Defendant's Motion to Transfer is DENIED.

IT IS SO ORDERED.

/s/ W. E. Smith
_____
William E. Smith
Chief Judge
Date: February 23, 2016